No. 93–6559.  SWEDZINSKI v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 93–6569.  SMITH v. UNITED STATES; and
No. 93–6581.  SMITH v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 93–6583.  GONZALEZ, AKA GOANAGA v. UNITED STATES. C. A. 11th Cir.  Certiorari denied.

No. 93–6604.  PHILLIPS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 93–6627.  COYNE v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 93–6644.  RANDALL v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  Sup. Ct. Fla.  Certiorari denied.

No. 93–6724.  TAYLOR v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 93–6811.  ALLEN v. NEW YORK LIFE SECURITIES, INC., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 93–6824.  PARKER v. OREGON STATE BAR.  Sup. Ct. Ore. Certiorari denied.

No. 93–6828.  HOLSEY v. INMATE GRIEVANCE OFFICE.  Cir. Ct. Anne Arundel County, Md.  Certiorari denied.

No. 93–6831.  GANN v. REMPEL ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 93–6840.  COOKSTON v. REGENTS OF THE UNIVERSITY OF CALIFORNIA ET AL.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 93–6841.  RADFORD, PERSONAL REPRESENTATIVE OF THE ESTATE OF RADFORD, DECEASED v. CHEVRON, U. S. A., INC. C. A. 10th Cir.  Certiorari denied.